ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                           )
                                                      )
DCX-CHOL Enterprises, Inc.                            )   ASBCA Nos. 61806, 61807
                                                      )
Under Contract No. SPE4A6-14-M-B838                  )

APPEARANCES FOR THE APPELLANT:        Mark R. Thomas, Esq.
                                      Patrick B. Kernan, Esq.
                                        Reid Law PC
                                        Denver, CO

APPEARANCES FOR THE GOVERNMENT:       Daniel K. Poling, Esq.
                                        DLA Chief Trial Attorney
                                      Angela M. DiOrio, Esq.
                                        Trial Attorney
                                        DLA Aviation
                                        Richmond, VA

ORDER OF DISMISSAL

On March 21, 2022, the parties advised that the disputes have been settled. After the matter was settled, appellant withdrew its appeals, and thus we dismiss them with prejudice.

Dated: April 6, 2022

_____
RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61806, 61807, Appeals of DCX-CHOL Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated: April 7, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals